# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEVIN MCCLAIN, TANJA DILLARD, STEFON EICKHOFF and WENDY SHIPE,**

    **Plaintiffs,**

v.                          Case No: 6:15-cv-1464-Orl-31DCI

**EXPAND, INCORPORATED, AYMAN AHMED EL-DIFRAWI, KELLY ROMERO and RALPH BELL,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiffs' Motion for Summary Judgment (Doc. 110), filed May 8, 2017.

On October 13, 2017, the United States Magistrate Judge issued a report (Doc. 132) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Summary Judgment (Doc. 110) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 31, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party